844

No. 78–1928. STUART, CO-TRUSTEE, ET AL. *v.* CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO, CO-TRUSTEE, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 78–1929. BRODY *v.* MONTALBANO ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–1930. THEODORE D. BROSS LINE CONSTRUCTION CORP. *v.* WENDELL, SECRETARY OF REVENUE OF SOUTH DAKOTA. C. A. 2d Cir. Certiorari denied.

No. 78–1932. NORTHERN ILLINOIS AUTOMOBILE WRECKERS & REBUILDERS ASSN. ET AL. *v.* DIXON, SECRETARY OF STATE OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 78–1934. AVARELLO *v.* UNITED STATES;
No. 78–6924. BOWERS *v.* UNITED STATES; and
No. 79–18. AVERY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 592 F. 2d 1339.

No. 78–1935. JOHN O. BUTLER CO. *v.* LAFF. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1938. HAUSER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1939. COLOGNINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1941. INENDINO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–1942. BROWN, COMMISSIONER OF PUBLIC SAFETY OF THE CITY OF ATLANTA *v.* MINTER. Sup. Ct. Ga. Certiorari denied.